IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21-CR-00697-SRC-DDN |
| DANIEL BERT, | ) |
| Defendant. | ) |

**ORDER**

On December 20, 2021, the undersigned released Defendant on a personal recognizance bond, subject to an Order Setting Conditions of Release. (Docs. 10 & 11). One of the conditions of Defendant's pretrial release prohibits Defendant from accessing internet accessible devices. *See* Doc. 11, ¶7(aa).

This matter is now before the Court on Defendant's Motion to Modify Conditions of Release filed January 5, 2022, in which Defendant requests this Court modify the conditions of release, ¶7(aa), to allow Defendant use of a randomly searched, software monitored smartphone. (Doc. 16). The United States is not opposed to this motion, and neither is Defendant's supervising pretrial services officer.

After careful consideration of Defendant's motion, the record, and after conferring with the Pretrial Services Office for the Eastern District of Missouri, the undersigned will GRANT Defendant's motion to modify his conditions of release to as ordered below.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (Doc. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that Paragraph 7(aa) of this Court's Order Setting Conditions of Release, dated December 20, 2021 (Doc. 11) is hereby modified as follows:

1. Condition 7(aa) shall remain a condition of Defendant's release insomuch as he may not have access to ***unmonitored*** internet accessible devices.

2. Defendant must now also abide by Condition 7(bb): ***If internet usage is allowed, internet monitoring may be installed on the device***.

**IT IS FINALLY ORDERED** that, except as modified by this Order, all other conditions of release remain in full force and effect.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of January, 2022.