**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-CR-697 SRC/RHH |
| ) | |
| DANIEL BERT, ) | |
| ) | |
| Defendant. ) | |

**ORDER AND SPEEDY TRIAL FINDING**

This matter is before the Court on Defendant's Sixth Motion for Extension of Time to File Pretrial Motions [Doc. 64].  The motion states that Undersigned counsel does not know yet when Defendant will be returned to the Eastern District of Missouri and will need time to meet with him and discuss the various pretrial motions available to him.  Therefore, Defendant requested that the pretrial motion deadline be continued for sixty days.

**Speedy Trial Finding:**  For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to properly prepare for the evidentiary hearing is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

**IT IS HEREBY ORDERED** that Defendant's Sixth Motion for Extension of Time to File Pretrial Motions [Doc. 64] is **GRANTED**.  Defendant shall have until and including **July 17, 2023,**

to file any pretrial motions or a notice of intent not to file pretrial motions.  The Government shall have until **July 31, 2023,** to respond.

_____
Rodney H. Holmes
United States Magistrate Judge

Dated this 19th day of May, 2023